UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  10-20395-CIV-MORENO

MILDRED ANABELLA LOPEZ MORALES,

       Plaintiff,

vs.

SADRU  PIRANI  d/b/a  MACDONALD
IMPERIAL CLEANERS, INC., and GULSHAN
PIRANI  d/b/a  MACDONALD  IMPERIAL
CLEANERS, INC.,

       Defendants.

_____/



### DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff filing an executed return of service **(D.E. No. 4)**, filed on **March 1, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, including the fact that Defendant was served on February 9, 2010 as indicated by the proof of service filed on March 1, 2010. The Court directs the clerk to enter default against Defendants Sadru Pirani and Gulshan Pirani for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that Default Final Judgment is **ENTERED.** Judgment is hereby entered in favor of Plaintiff MILDRED ANABELLA LOPEZ MORALES and against Defendants **SADRU PIRANI d/b/a MACDONALD IMPERIAL CLEANERS, INC., and GULSHAN PIRANI d/b/a MACDONALD IMPERIAL CLEANERS, INC.** It is further

ADJUDGED that Plaintiff shall file an affidavit with the Court by no later than **July 16, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendants.


DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of June, 2010.


_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record

-2-